ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

CONAL DOYLE, # 227554
STEPHEN BEKE, # 290972
DOYLE LAW
9401 Wilshire Blvd., Suite 608
Beverly Hills, CA 90212
Tel: (310) 385-0567; Fax (310) 943-1780
conal@conaldoylelaw.com
sbeke@conaldoylelaw.com

Attorneys for Plaintiffs
LACY ATZIN and MARK ANDERSEN,
on behalf of themselves and all others
similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY ATZIN; MARK ANDERSEN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM, INC.; ANTHEM UM SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-6816 ODW (PLAx) <br> Assigned to Hon.: OTIS D. WRIGHT, II <br><br> **DECLARATION OF JOHN MICHAEL, C.P.O, IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT** <br><br> **Date: November 22, 2021** <br> **Time: 1:30 p.m.** <br> **Place: Courtroom 5D** |

I, John Michael, declare:

1.　　The following facts are within my personal knowledge and if called upon to testify I could and would competently do so.

## I.  BACKGROUND AND EXPERIENCE

2.　　I am a Licensed Prosthetist and Licensed Orthotist in Illinois who has been a Board-Certified Prosthetist and Orthotist (CPO) for more than 40 years.  I have presented numerous lectures, both nationally and internationally, on a range of prosthetic and orthotic topics, and published more than 50 peer-reviewed articles and chapters in major rehabilitation texts.  I have served as an Assistant Professor at Duke University Medical Center and Northwestern University's Feinberg School of Medicine, as well as collaborating or sering as a Principal Investigator on clinically meaningful research projects.  I have received multiple professional awards, including being recognized by the American Academy of Orthotists and Prosthetists as an Outstanding Researcher, Outstanding Clinician, Distinguished Practitioner, and recipient of the Titus-Ferguson Lifetime Achievement Award.  I have been named as a Fellow of the American Academy and the International Society for Prosthetic and Orthotics.

3.　　A true and correct copy of my CV is attached as Exhibit 1.

## II.  DOCUMENTS REVIEWED

4.　　I have reviewed the following documents:

A.　　Anthem's Medical Policy on Microprocessor Controlled limb Prosthesis, Policy No. OR-PR.00003 ("OR-PR.00003") in effect prior to August 29, 2019 (the "Former Medical Policy");

B.　　Anthem's Medical Policy on Microprocessor Controlled limb Prosthesis, Policy No. OR-PR.00003, in effect from "August 29, 2019 until the Current Medical Policy took effect on May 20, 2021 ("Revised Former Medical Policy");

///

C.      Anthem's current Medical Policy on Microprocessor Controlled Lower Limb Prosthesis, Policy No. OR-PR.00003 that took effect on May 20, 2021 ("Current Medical Policy");

D.      Documents produced by Anthem in this matter, including documents that show how OR-PR.00003 was promulgated and literature relied upon by Anthem.

E.      The Class-Action Complaint in this lawsuit.

F.      The relevant portion of Anthem's EOCs, which provide that Anthem covers Medically Necessary services, which it defines as

"[H]ealth care services that a Physician, exercising professional clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing, or treating an illness, injury, disease or its symptoms, and that are:

- ▪ In accordance with generally accepted standards of medical practice,

- • Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's illness, injury or disease,

- • Not primarily for the convenience of the patient, Physician or other health care provider, and

- • Not more costly than an alternative service or sequence of services that is medically appropriate and is likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's injury, disease, illness or condition.

For these purposes, "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician specialty society recommendations and the views of Physicians practicing in relevant clinical areas and any other relevant factors."

G. The relevant portion of Anthem EOCs, which exclude investigational services, which are substantially defined as "those:

- • that have progressed to limited use on humans, but which are not generally accepted as proven and effective  procedures within the organized medical community; or

3

- that do not have final approval from the appropriate governmental regulatory body; or that are not supported by scientific evidence which permits conclusions concerning the effect of the service, Drug or device on health outcomes; or

- that do not improve the health outcome of the patient treated; or

- that are not as beneficial as any established alternative; or

- whose results outside the Investigational setting cannot be demonstrated or duplicated; or

- that are not generally approved or used by Physicians in the medical community."

## III. BACKGROUND ON MICROPROCESSOR CONTROLLED LOWER LIMB PROSTHETIC DEVICES

5.     There are approximately 2 million people living with limb loss in the United States. Approximately 185,000 amputations occur in the United States each year, about 500 a day.

6.     People with limb loss require the use of a prosthesis, an artificial extension that replaces a missing body part such as an upper or lower body extremity. The development of prostheses is part of the field of biomechatronics, the science of fusing mechanical devices with human muscle, skeleton, and nervous systems to assist or enhance motor control lost by trauma, disease, or defect. The type of prosthesis used is determined largely by the extent of an amputation or loss and location of the missing extremity.

7.     The two major types of lower limb prostheses are the transfemoral (above the knee) prosthesis and the transtibial (below the knee) prosthesis. Improvements in technology have allowed manufacturers to use microprocessors to more effectively control artificial knees and feet-ankles in these devices. Microprocessor technology has been used in prosthetics for decades-and has long been "standard" issue in the industry.

8.     Microprocessor controlled knees feature sensors, a microprocessor, software, a system that simulates muscle control and a battery. The knee's internal

computer (microprocessor) typically controls an internal fluid, which may be hydraulic or pneumatic. The microprocessor monitors each phase of a person's gait cycle using a series of sensors. The sensors detect and monitor changes in the environment, such as walking on a different surface, going up or down a slope or walking at a different speed. Based on that feedback, the microprocessor adjusts the resistance to knee flexion (bending) and extension (straightening) to accommodate walking speed and terrain. This enhances stability and security for the user, decreases the incidence of stumbles and falls, and provides improved ambulation on everyday surfaces. The primary advantage of microprocessor technology over the alternative is safety and stability-not speed of ambulation or ability to engage in athletic endeavors. There are other, very different, types of prostheses whose primary purpose is to increase speed of ambulation and/or maximize athletic performance. Microprocessor knees are primarily for "everyday walking around" activities of daily living and are beneficial and necessary for amputees of virtually every demographic.

9.     Microprocessor controlled foot-ankle devices use the same technology to simulate the movements of a normal foot and ankle. The device responds to constant feedback from sensors to the microprocessor, which changes the resistance to plantarflexion (downward motion) and dorsiflexion (upward motion) of the foot based on walking speed, incline, decline and type of terrain. Adjustments are made in real time. This creates stability, decreases stumbles and falls, improves ambulation on all services, and decreases the discomfort and pain associated with a prosthetic device.

10.     Given the benefits of microprocessor controlled lower limb prostheses for persons with lower limb loss in everyday settings, the devices are established and in accordance with generally accepted of medical, and they are routinely prescribed prosthetic options for individuals meeting appropriate medical criteria.

///

## IV.  OPINIONS

11.      Anthem's Former Medical Policy provided in pertinent part that microprocessor-controlled knee prosthetic devices were not medically necessary and not covered unless all of the following criteria were met:

> "1. Individual has adequate cardiovascular reserve and cognitive learning ability to master the higher level technology and to allow for faster than normal walking speed; **and**
>
> 2. Individual has demonstrated the ability to ambulate faster than their baseline rate using a standard swing and stance lower extremity prosthesis; **and**
>
> 3. Individual has a documented need for daily long distance ambulation (for example, greater than 400 yards) at variable rates. (In other words, use within the home or for basic community ambulation is not sufficient to justify the computerized limb over standard limb applications)**; and**
>
> 4. Individual has a demonstrated need for regular ambulation on uneven terrain or regular use on stairs. Use of limb for limited stair climbing in the home or place of employment is not sufficient to justify the computerized limb over standard limb applications."

12.      Anthem's Former Medical Policy further provided that microprocessor controlled foot-ankle prosthesis were "investigational" and thus "not medically necessary for all indications."

13.      In my opinion, the medical necessity criteria in the Former Medical Policy were not in accordance with generally accepted standards of medical practice and thus erroneous.  More specifically, Criteria 1 and 2 were predicated on a person with a prosthetic leg demonstrating the ability to master "a faster than normal walking speed" and doing it with a "standard swing and stance" device.  While a microprocessor-controlled knee prosthesis may allow a person to walk faster, this is only one of the benefits of the device, and the Former Medical Policy failed to recognize that they also allowed people to accomplish "normal" activities of daily living. For instance, a microprocessor controlled knee creates better stability and therefore reduces the incidence of stumbles and falls in everyday settings, including their homes. In addition, criteria 3 and 4 imposed unreasonable distance

requirements and demands regarding "regular" use of uneven terrain or stairs while excluding the use of home or workplace stairs.

14.    In my opinion, Anthem's position in the Former Medical Policy that microprocessor controlled foot-ankle prosthesis were investigational was incorrect. Among other reasons, they are generally accepted as proven and effective within the medical community and improve health outcomes for the appropriate patients.

15.    Effective August 29, 2021, Anthem adopted the Revised Former Medical Policy, which contained new medical necessity criteria for microprocessor-controlled knee prostheses. The Revised Former Medical Policy provided in pertinent part that microprocessor-controlled knee prosthesis was medically necessary when the following criteria were met:

> "1.    Individual has adequate cardiovascular reserve and cognitive learning ability to master the higher level technology; and
>
> 2.    Individual has a functional K-Level 3 or above; and
>
> 3.    Individual has demonstrated a reasonable likelihood of better mobility or stability with the use of a microprocessor controlled knee instead of a mechanical knee as demonstrated by:
>
>> a.    Prior effective use of a microprocessor controlled knee prosthesis; or
>>
>> b.    Use of a temporary device; or
>>
>> c.    When unable to complete such a trial, the provider documents or attests that there is a reasonable likelihood of improved mobility or stability; and
>
> 4.    Either of the following:
>
>> a.    Individual has a documented need for daily long distance ambulation (generally 400 yards or greater cumulatively) at variable rates; or
>>
>> b.    Individual has a demonstrated need for regular ambulation on uneven terrain or regular use on stairs."

16.    The Former Medical Policy's position on microprocessor foot-ankle prosthesis, however, remained unchanged.

17.     In my opinion the criteria in the Revised Former Policy were reasonable to determine the medical necessity of microprocessor knee prostheses. First, they removed the erroneous speed requirement that was in the Former Medical Policy criteria 1 and 2.  Instead, they provided that person could qualify by simply having their provider attest that there was a reasonable likelihood of better mobility or stability with the microprocessor. Criteria 4 revised the distance requirement so that if person could show the need for the microprocessor device through regular daily use home or office use, they did not also need to meet the distance requirement.

18.     Effective May 20, 2021, Anthem adopted its Current Medical Policy, which now provides coverage for both microprocessor-controlled knees and foot-ankle prostheses when they meet the medically necessity criteria.  The Current Policy provides in pertinent part that use of microprocessor controlled knee is medically necessary when the following criteria are met:

"1.     Individual has adequate cardiovascular reserve and cognitive learning ability to master the higher level technology; **and**

2.     Individual has a functional K-Level 3 or above; **and**

3.     The provider has documented that there is a reasonable likelihood of better mobility or stability with the device instead of a mechanical knee prosthesis; **and**

4.     There is documented need for ambulation in situations where the device will provide benefit (for example, regular need to ascend/descend stairs, traverse uneven surfaces or ambulate for long distances [generally 400 yards or greater cumulatively]).

19.     The Current Medical Policy's criteria for microprocessor controlled foot-ankle prostheses is virtually identical.  It provides in pertinent part that the use of microprocessor foot or ankle system is medically necessary when the following criteria are met:

"1.     Individual has adequate cardiovascular reserve and cognitive learning ability to master the higher level technology; **and**

2.     Individual has a functional K-Level 3 or above; **and**

3.    The provider has documented that there is a reasonable likelihood of better mobility or stability with the device instead of a mechanical foot or ankle prosthesis; **and**

4.    There is documented need for ambulation in situations where the device will provide benefit (for example, regular need to ascend/descend stairs, traverse uneven surfaces or ambulate for long distances [generally 400 yards or greater cumulatively]).

20.    The medical necessity criteria in the Current Medical Policy are materially the same as the Former Revised Medical Policy.  Accordingly, in my opinion they reasonable to determine the medical necessity of microprocessor lower limb prostheses. There is no speed requirement, and a person can qualify by simply having their provider document there is a reasonable likelihood of better mobility or stability that a standard mechanical device, and the device will provide benefit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 17th day of October 2021 in Chicago, Illinois.

_____
JOHN MICHAEL, C.P.O.

# [EXHIBIT 01]

# CURRICULUM VITAE

John William Michael
1244 West Elmdale Avenue, Suite One
Chicago, Illinois 60660

## *EDUCATIONAL EXPERIENCE*

| | | |
|---|---|---|
| 1982 | **University of Illinois**<br>M.Ed., Healthcare Education | Champaign-Urbana, Illinois |
| 1977-79 | **Northwestern University Medical School**<br>Orthotic Certificate Program | Chicago, Illinois<br>Prosthetic-Orthotic Center |
| 1976 | **Northwestern University Medical School**<br>Long-term Prosthetic Certificate Program | Chicago, Illinois<br>Prosthetic-Orthotic Center |
| 1967-71 | **Michigan State University**<br>B.S., Psychology, Magna Cum Laude | East Lansing, Michigan |

## *CLINICAL EXPERIENCE*

| | | |
|---|---|---|
| 2009-on | **Northwestern University Medical School**<br>Assistant Professor, Physical Medicine & Rehab Director, NUPOC | |
| 2009-18 | Director, NUPOC | |
| 2013-on | **John W Michael Ltd.**<br>President & CEO | Chicago, Illinois |
| 1999-2012 | **CPO Services, Inc.**<br>President & CEO | Portage, Indiana |
| 1992-99 | **Otto Bock USA**<br>Director of Professional and Technical Services | Minneapolis, Minnesota |
| 1985-92 | **Duke University Medical Center**<br>Assistant Clinical Professor & Director,<br>Department of Prosthetics & Orthotics | Durham, North Carolina |
| 1982-85 | **North Shore Orthopedics**<br>Director, Prosthetic Services | Highland Park, Illinois |
| 1981-82 | **Scheck & Siress, Inc.** | Oak Park, Illinois |

Clinical Prosthetist-Orthotist

| 1978-81 | **Northwestern University Medical School** | Chicago, Illinois |

Assistant Director, Prosthetic Education

| 1976-78 | **Scheck & Siress, Inc.** | Oak Park, Illinois |

Clinical Prosthetist

| 1971-75 | **Wabash Valley Hospital Mental Health Center** | West Lafayette, Indiana |

Psychiatric Caseworker

## *AWARDS/RECOGNITION/CERTIFICATIONS*

2011      Helix prosthetic hip joint (Otto Bock)
2010      Titus-Ferguson Lifetime Achievement Award
         (American Academy of Orthotists & Prosthetists)
2007      Outstanding Researcher Award
         (American Academy of Orthotists & Prosthetists)
1999      C-Leg microprocessor-controlled knee (Otto Bock)
1998      Fellow, American Academy of Orthotists & Prosthetists
1997      Distinguished Practitioner Award
         (American Academy of Orthotists & Prosthetists)
1992      Outstanding Clinician Award
         (American Academy of Orthotists & Prosthetists)
1991      Silicone Esthetic Restorations (Life-Like Lab)
1990      Myoelectric control systems (University of New Brunswick)
1990      Fellow, International Society for Prosthetics & Orthotics
1988      Boston, Systek, Steeper prostheses (Liberty Mutual)
1987      Silicone Suction Socket Design (Durr-Fillauer)
1986      Advanced Hip Disarticulation/Transpelvic Design (CAPO)
1986      Electronic Prostheses (Hosmer Dorrance)
1985      Scandinavian Flexible Sockets (Durr-Fillauer)
1985      Prosthetic Knee Mechanisms (University of CA, LA)
1985      First Place, Technical Awards (Oak Park Video Festival)
1983      Utah Electronic Arm (University of Utah)
1981      Professional Recognition Award (American Board for Certification)
1981      Board Certification - Orthotics
1980      Myoelectric Prosthetics (Otto Bock)
1978      Veteran's Administration Qualified - Prosthetics
1977      Board Certification - Prosthetics

## *PROFESSIONAL AFFILIATIONS*

**National Institutes of Health** (National Center for Medical Rehabilitation Research)
     --Program Committee, Prosthetic/Orthotic Conferences (1991-92)

**Prosthetics Orthotics International**
     --Reviewer (1990-present)

**Journal of Rehabilitation Research & Development**
     --Reviewer (1995-end of publication)

**Journal of Prosthetics and Orthotics**
     --Guest Editor (1992)
     --Editorial Board (1981-1996)
     --Contributing Editor (1997-1999)

**International Society For Prosthetics and Orthotics**
     --Honorary Secretary (2007-2010)
     --Chair Emeritus, US-ISPO (1996-1999)
     --Chair, US-ISPO (1993-1995)
     --Treasurer, US-ISPO (1991-93)
     --Member (1978-on)
     --Fellow (1990-on)
     --Steering Committee, VII World Congress (1991-92)
     --Advisor to Latin American ISPO Association (1996 - 2004)

**American Academy of Orthopedic Surgeons**
     --Official Consultant, Committee on Prosthetics, Orthotics, and Rehabilitation (1988-1993)

**Academy College Fund**
     --Member (1990-1994)

**American Academy of Orthotists and Prosthetists**
     --Past President (1990 on)
     --Consultant to American Academy of Orthopaedic Surgeons (1986-1995)
     --Continuing Education Committee (1984-1988); Chairman (1985-1988)
     --Strategic Planning Committee (1986)
     --Finance Committee; Chairman (1986)
     --Past President, Midwest Chapter (1984 on)
     --Peer Review Examination Board, Wisconsin Chapter (1984-85)

**American Board for Certification in Prosthetics & Orthotics**
     --Written Examination Revision Committee (1982-87); Chairman (1986-87)
     --Long Range Examination Development Committee (1990-1998)

**National Commission on Orthotic & Prosthetic Education**
  --Clinical Practice Assessment Committee (1991-1994)

**American Orthotic and Prosthetic Association**
  --H.C.F.A. Coding Committee (1995-2001)
  --H.C.F.A. Representative, State of NC (1987-92)
  --Strategic Planning Conference - Phoenix, AZ (1987)
  --Medicare/HCPCS Workshop (1987)
  --Editorial Board, Orthotics & Prosthetics (1982-87)
  --H.C.F.A. Advisory Committee (1984-85)

**Illinois Society of Prosthetists and Orthotists**
  --Director (1983-85)
  --Member (1983-1985)

**North Carolina Society of Orthotists and Prosthetists**
  --Director (1986-88)
  --Member (1985-92)

**Orthotics and Prosthetics National Office**
  --Chairman (1990)
  --Member (1988-1990)

## *INVITED PAPERS*

[Invited papers not updated since 2000]

-2000-

**The Globalization of Prosthetic Practices**     Newport Beach, CA
International Congress on Advances in Prosthetics

**Use of Consultants in Clinical Prosthetic & Orthotic Practice**  Leipzig, GERMANY
Reha Teknik World Congress

**Visual Gait Analysis of Prosthetic Ambulation**    Chicago, Illinois
Northwestern University Medical Center

**Principles of Lower Limb Prostheses and Orthoses**    Chicago, Illinois
American Academy of Orthopaedic Surgeons

**Kinematics & Kinetics of Normal and Prosthetic Gait**  West Orange, New Jersey
Kessler Rehabilitation Institute

**Implications of Shear Stress and Repetitive Loading in P&O**  Rochester, Minnesota

American Academy of Orthotists & Prosthetists, Great Plains Chapter

**Transfemoral Prostheses: Past, Present, and Future**          Glasgow, Scotland
British Association of Prosthetists and Orthotists          UNITED KINGDOM

**Prosthetic & Orthotic Resources on the World Wide Web**          Willemstad, Curacao
International Society for Prosthetics & Orthotics          DUTCH ANTILLES

**Prosthetic Management of the Bilateral Upper Limb Amputee**          San Diego, California
American Academy of Orthotists & Prosthetists

-1999-

**Using the Internet as a Business Tool**          Reno, Nevada
American Orthotic & Prosthetic Association

**Centralized Fabrication: Salvation or Damnation?**          Boston, Massachusetts
XIV INTERBOR World Congress

**Clinical Application of a Microprocessor-Controlled Prosthetic Knee**   Chicago, Illinois
American Academy of Orthotists & Prosthetists, Midwest Chapter

**Introduction to Orthotic Prescription Principles**          Dallas, Texas
University of Texas

{NOTE:  Due to the volume of international presentations while working for the Otto Bock Group, this section was not updated between 1992-1998.}

-1992-

**ACOPPRA 1992: Prosthetics & Orthotics in Central America**          White Bear Lake, MN
American Academy of Orthotists & Prosthetists, Minnesota Chapter

**Hip Disarticulation, Transpelvic, and Translumbar Prostheses**          Chicago, Illinois
International Society for Prosthetics & Orthotics World Congress

**Overview of Transtibial Prosthesis Suspension Techniques**          Chicago, Illinois
International Society of Prosthetics & Orthotics World Congress

**Transfemoral Prosthesis Socket Design:  Principles and Practices**          Chicago, Illinois
International Society of Prosthetics & Orthotics World Congress

**Foot Orthosis Design and Prescription**          Dallas, Texas
University of Texas

**Pediatric Lower Limb Orthoses**          Chicago, IL

5

Northwestern University Medical Center

**Principles of Upper Limb Prosthetics**                                    Houston, Texas
Texas Institute for Rehabilitation and Research

**Overview of Clinical Prosthetics and Orthotics**                 Rockville, Maryland
National Institutes of Health/National Center for Medical Rehabilitation Research

**Thermoplastic Ankle Foot Orthoses for Common Gait Deficits**     Panama City, Panama
Associacion Controamericana de Ortesista, Protestista,                 CENTRAL AMERICA
Professionales Rehabilitacion, y Affines

-1991-

**Elderly Dysvascular Transtibial Amputation:  7 Common Myths**  New Orleans, Louisiana
American Academy of Orthotists & Prosthetists

**Brief Overview of Prosthetic/Orthotic Care**                         Baltimore, Maryland
HCFA Medical Directors Meeting

**Contemporary Management of High-Level Amputees**            Orange, New Jersey
Kessler Rehabilitation Institute

**Biomechanical Rationale for Prosthetic Foot & Knee Mechanisms**     Anaheim, California
American Academy of Orthopaedic Surgeons

**Clinical Variations in Silicone Suction Socket Technique**      Williamsburg, Virginia
American Academy of Orthotists & Prosthetists

**Emerging Trends in Thermoplastic Ankle Foot Orthoses**        Salisbury, North Carolina
Veterans Administration Medical Center

**Orthotic Management of Stroke and Cerebral Palsy**             Dundee, Scotland
University of Dundee                                                    UNITED KINGDOM

**Fundamental Tenets of Lower Limb Prosthetic Management**           Chicago, Illinois
Veterans Administration - Regional Medical Education Center

**Terminal Device Options for Upper Limb Prostheses**            Dallas, Texas
University of Texas

**Overview and Philosophy of Amputee Management**                Houston, Texas
Texas Institute for Rehabilitation & Research

**Prophylactic Orthotic Management for the At-Risk Charcot Foot**     Anaheim, California
American Academy of Orthotists & Prosthetists

6

-1990-

**Functional Electrical Stimulation to Restore Quadriplegic Grasp**　　Kona, Hawaii
Pacific Rim Conference

**Optimal Weight for Lower Limb Orthoses & Prostheses**　　San Jose, Costa Rica
　Associacion Controamericana de Ortesista, Protestista,　　CENTRAL AMERICA
　　　　　Professionales Rehabilitacion, y Affines

**Long Term Results with Myoelectric Prostheses**　　New Orleans, Louisiana
American Academy of Orthopedic Surgeons

**External Power-vs.-Body Power for the Transhumeral Amputee**　　Toronto, Ontario
University of New Brunswick Myoelectric Conference　　CANADA

**A Prosthetist's Perspective on Below-Knee Amputation Surgery**　　Glasgow, Scotland
International Society for Prosthetics and Orthotics,　　UNITED KINGDOM
Consensus Conference on Amputation Surgery

**Overview of Lower Limb Prosthetics and Orthotics**　　Glasgow, Scotland
University of Strathclyde　　UNITED KINGDOM

**Prosthetic Prescription Criteria:  Foot and Knee Mechanisms**　　Dallas, Texas
University of Texas

**The Prosthetist's Role:  Prince or Pawn?**　　Edison, New Jersey
JFK Johnson Rehabilitation Institute

**Biomechanics of Prosthetic Foot and Ankle Mechanisms**　　Raleigh, North Carolina
American Academy of Orthotists and Prosthetists

-1989-

**Classification of Congenital Anomalies**　　Kobe, JAPAN
International Society for Prosthetics & Orthotics World Congress

**Orthotic Devices for CVA Survivors**　　Tokyo, JAPAN
Tokyo Rehabilitation Society

**Foot Orthoses for the Competitive Athlete**　　San Antonio, Texas
American Academy of Physical Medicine & Rehabilitation

**Quadrilateral Sockets Revisited**　　Reno, Nevada
American Orthotic Prosthetic Association

7

**Orthotics & Prosthetics Overseas: Bolivia & Soviet Union**          Oklahoma City, OK
American Academy of Orthotists & Prosthetists

**New Concepts in Prosthetics and Orthotics**          Albuquerque, NM
New Mexico Physical Therapy Association

**The Challenge of the High Level Bilateral Upper Limb Amputee**  Pittsburgh, Pennsylvania
American Academy of Orthotists & Prosthetists

**Lower Limb Prosthetics:  State of the Art**          San Francisco, California
Veteran's Health Services and Research Administration

**Biomechanics and Alignment for Below Knee Prosthetics**          Moscow, Russia
Central Prosthetics Research Facility          U.S.S.R.

**Principles of Above-knee Socket Design**          Las Vegas, Nevada
American Academy of Orthopedic Surgeons

-1988-

**Emerging Trends in Lower Limb Prosthetics**          Miami, Florida
Orthopaedic Grand Rounds, University of Miami

**Technical Variations in Custom-Made Ankle Foot Orthoses**          Chicago, Illinois
Northwestern University Medical School

**Clinical Application of Highly Responsive Prosthetic Feet**          Atlanta, Georgia
Flex-Foot, Inc.

**Impact of Lower Limb Orthoses on Gait**          Chapel Hill, NC
Physical Therapy Department, North Carolina Memorial Hospital

**Pediatric Ankle Foot Orthoses**          Wilmington, NC
Area Health Education Center, North Carolina

**Overview of AFO Designs**          Louisville, Kentucky
American Academy of Orthotists and Prosthetics

**Making Sense of Sophisticated Prosthetic Feet**          Washington, DC
American Orthotic Prosthetic Association

**New Developments in Prosthetic Foot Components**          Ottawa, Ontario,
Royal College of Physicians and Surgeons          CANADA

**Design Variations in Thermoplastic AFOs**          Charlotte, North Carolina
North Carolina Society of Orthotists and Prosthetists

8

**Advice to Consumers: How to Spot a Good Practitioner**                Nashville, Tennessee
American Academy of Orthotists and Prosthetists

**What's New in Prosthetic Feet and AFOs?**                St. Charles, Illinois
American Academy of Orthotists and Prosthetists, Midwest Chapter

**Psychological Impact of Amputation**                Birmingham, Alabama
Orthotic and Prosthetic Society of Alabama

**History and Principles of the Mauch Hydraulic Knee**                Albany, New York
American Academy of Orthotists and Prosthetists

**Oxygen Consumption in Prosthetics and Orthotics**                Durham, North Carolina
Surgical Grand Rounds, Duke University Medical Center

**Recent Developments in Prosthetic Feet**                Memphis, Tennessee
American Orthotic Prosthetic Association

**"Instant" Orthoses: Time Saving Techniques**                Oahu, Hawaii
Pacific Rim Conference

**Report from Bolivia**                Washington, DC
Partners of the Americas

**Introduction to Spinal Orthotics**                Chapel Hill, NC
Division of Physical Therapy, School of Medicine,
University of North Carolina

**Latest Developments in Prosthetic Feet**                Durham, North Carolina
Orthopedic Grand Rounds, Duke University Medical Center

**Experience with the Carbon Copy II Foot**                Newport Beach, CA
American Academy of Orthotists and Prosthetists

-1987-

**Prosthetics & Orthotics in Bolivia**                Greensboro, NC
Partners of the Americas

**Pedorthics, Orthotics, & Prosthetics for the Diabetic Patient**                Louisville, Kentucky
Department of Surgery, University of Louisville

**Contemporary Concepts in Prosthetic Socket Design**                Orlando, Florida
American Congress of Rehabilitation Medicine

**Current Trends in Post-Surgical Fittings**                     Hickory Knob, SC
South Carolina Society of Orthotists and Prosthetists

**Sports and the Disabled Athlete**                     Indianapolis, Indiana
American Academy of Orthotists and Prosthetists

**Overview of Powered Upper Limb Prosthetics**                     Alexandria, Virginia
American Academy of Orthotists and Prosthetists

**Biomechanics and Clinical Application of Cervical Orthoses**     Durham, North Carolina
Orthopedic Grand Rounds – Duke University Medical Center

**Contemporary Orthotic-Prosthetic Practice in the USA**          Cochabamba, Bolivia
Partners of the Americas                                          SOUTH AMERICA

**The Flex-Foot System of Prosthetic Feet**                     West Orange, New Jersey
Kessler Institute for Rehabilitation

**Efficient Provision of Custom-Made Orthoses**              Hershey, Pennsylvania
American Orthotic Prosthetic Association

**Carbon Copy II Prosthetic Foot - Initial Impressions**          Portland, Oregon
American Academy of Orthotists and Prosthetists

-1986-

**Current European and Scandinavian P&O Designs**          Las Vegas, Nevada
International Society for Prosthetics and Orthotics

**Clinical Results With Three Energy Storing Prosthetic Feet**     Tulsa, Oklahoma
Oklahoma Orthotic Prosthetic Association

**Posterior Shell TLSO: Postoperative Immobilization**          Orlando, Florida
American Orthotic Prosthetic Association

**Psychological Implications of Prosthetic Rehabilitation**          Copenhagen,
International Society for Prosthetics and Orthotics World Congress     DENMARK

**Clinical Application of the Mauch Hydraulic Knee**          Charlotte, North Carolina
North Carolina Society of Orthotists and Prosthetists

**Recent Innovations in Artificial Foot Design**                     Baltimore, Maryland
Alliance for Engineering in Medicine and Biology

**Contemporary Concepts in Electrically Powered Prostheses**          Orlando, Florida
American Orthotic Prosthetic Association

10

**Recent Innovations In Lower Limb Prosthetics**          Hershey, Pennsylvania
Pennsylvania Physical Therapy Association

-1985-

**Energy-Storing Designs in Prosthetic Feet**          Baltimore, Maryland
American Academy of Orthotists and Prosthetists

**Powered Upper Limb Components Update**          Atlanta, Georgia
American Academy of Orthotists and Prosthetists

**PFFD/Van Nes: A Prosthetic Perspective**          Durham, North Carolina
Orthopedic Grand Rounds – Duke University Medical Center

**Flex-Foot: Beyond the Seattle Foot?**          Arlington Heights, IL
American Academy of Orthotists and Prosthetists

-1984-

**Lower Limb Prosthetics: Difficult Cases**          North Chicago, Illinois
American Physical Therapy Association

**Powered Upper Limb Components and Control Systems**          Chicago, Illinois
American Academy of Orthotists and Prosthetists

**Sports Prostheses: The Seattle Foot**          Merrillville, Indiana
American Academy of Orthotists and Prosthetists

-1983-

**The Utah Arm: Preliminary Clinical Results**          Oconomowoc, Wisconsin
American Academy of Orthotists and Prosthetists

-1982-

**Psychological Impact of Amputation**          Ottawa, Ontario
Canadian Association of Prosthetists and Orthotists          CANADA

**Mauch S-N-S: Principles, Procedures, and Prescription**          Chicago, Illinois
American Academy of Orthotists and Prosthetists

-1981-

**Pectoralis Restoration for Congenital Anomaly in the Male**          Chicago, Illinois
American Academy of Orthotists and Prosthetists, Midwest Chapter

11

-1980-

**Polyurethane Elastomers in Prosthetics**                    Chicago, Illinois
American Academy of Orthotists and Prosthetists, Midwest Chapter

**Current Trends in Post-Surgical Fittings**                    Chicago, Illinois
Veteran's Administration Lakeside

-1979-

**Introduction to Modular Prosthetic Components**                    Chicago, Illinois
Northwestern University Medical School

### *PUBLICATIONS*

Michael JW, Stevens PM (2016)
"Lower Limb Prosthetic Components: Updated Classification of Passive, Body-Powered Components" in **Atlas of Amputations and Limb Deficiencies, Fourth Edition**
Editors: Krajbich JI, Pinzur MS, Potter BK, Stevens, PM

Stevens PM, Michael JW (2016)
"Lower Limb Prosthetic Components: Microprocessor-controlled Components" in **Atlas of Amputations and Limb Deficiencies, Fourth Edition**
Editors: Krajbich JI, Pinzur MS, Potter BK, Stevens, PM

Lewandowski AL, Bodkin DW, Noe SA, Orriola JJ, Michael JW, Kahle JT, Highsmith MJ. (2014)
Energy Consumption, Ambulatory Prognosis and Individualized Technical Solutions for Persons with Bilateral Transfemoral Amputations: A Literature Review.
*Technol Innov.* 2014 15:317-324.
Editors: Hsu J, Michael JW, Fisk J (2008)

Michael JW (2012)
"Syme and Partial Foot Prostheses"
In **Lower Extremity Amputation: A Guide to Functional Outcomes in Physical Therapy Management, Third Edition**
Editors: Finucane S and Cotterman M

Editors:  Hsu J, Michael JW, Fisk J (2008)
**Atlas of Orthoses and Assistive Devices, Fourth Edition**
Elsevier, Philadelphia

     *Contributed Chapter to Atlas:

Michael, JW  "Lower Limb Orthoses"

Berke GM, Rheinstein J, Michael JW, Stark G  (2007)
"Biomechanics of Ambulation Following Partial Foot Amputation: A Prosthetic Perspective"
**Journal of Prosthetics and Orthotics**

Michael JW (2006)
"Knee-Ankle-Foot Orthoses for Ambulation"
**Journal of Prosthetics and Orthotics**

Michael, JW  (2006)
"Management of high level and bilateral lower limb amputations" in
**Orthotics & Prosthetics in Rehabilitation, Second Edition**
Editor: C Nielsen

Michael JW  (2006)
"Lower Limb Prostheses: Implications and Applications" in
**Human Walking, Third Edition**
Editors:  J Rose and JG Gamble

McMillan AG, Kendrick K, Michael JW, Aronson J, Horton GW (2004)
Preliminary evidence for effectiveness of a stance control orthosis
**Journal of Prosthetics & Orthotics**
16: 6-13

Editors:  Smith DG, Michael JW, Bowker JH (2004)
**Atlas of Amputations and Limb Deficiencies, Third Edition**
American Academy of Orthopaedic Surgeons; Chicago

Michael, JW  (2004)
"Externally Powered Prostheses for Adults with Transradial Amputation"
in **Functional Restoration of Adults and Children with Upper Extremity Amputation**
Editors: Meier, RH and Atkins, DJ
Demos; New York, NY

Shurr, D and Michael, JW (2002)
**Prosthetics and Orthotics, Second Edition**
Prentice-Hall

Marks LJ & Michael JW (2001)
Artificial Limbs
**British Medical Journal**
29:732-735

Michael, JW  (1999)
"Amputations"

In **ORTHOPAEDICS A Study Guide**
Editors:  J Spivak et al

Michael, JW  (1999)
"Overview of Orthoses"
In **ORTHOPAEDICS A Study Guide**
Editor:  J Spivak et al

Michael, JW  (1999)
"Overview of Prosthetics"
In **ORTHOPAEDICS A Study Guide**
Editor:  J Spivak et al

Michael, JW  (1999)
"Modern Prosthetic Knee Mechanisms"
**Clinical Orthopaedics and Related Research**
361, pp 39-47

Blumentritt S, Scherer HW, Michael JW, Schmalz T  (1998)
"Transfemoral amputees walking on a rotary hydraulic prosthetic knee mechanism: a preliminary report"
**Journal of Prosthetics and Orthotics**
10/3 pp 61-70

Blumentritt S, Scherer HW, Wellershaus U, Michael JW  (1997)
"Design Principles, Biomechanical Data and Clinical Experience with a Polycentric Knee Offering Controlled Stance Phase Knee Flexion: A Preliminary Report"
**Journal of Prosthetics and Orthotics**
9/1, pp 18-24

Michael, JW (1997)
"Lower Limb Orthoses" in **Atlas of Orthoses and Assistive Devices**
Editors: J Hsu and B Goldberg

Michael, JW (1996)
"Prosthetic Management During the Growth Period"
in **Amputation Surgery: Surgical Practice and Patient Management**
Editors: G Murdoch and AB Wilson

Michael, JW (1996)
"Prosthetic Management & Biomechanics for Transfemoral Amputation"
in **Amputation Surgery: Surgical Practice and Patient Management**
Editors: G Murdoch and AB Wilson

14

Michael, JW (1995)
"Seven Reasons You DON'T Need an Electric Arm Prosthesis"
**In Motion** [Amputee Coalition of America]
5(3), pp22-23

Michael, JW and Radke, P (1994)
"Klassifizierung von Passteilen fur Modular-Beinprotheses"
**Orthopadie Technik**
12/94, pp 1103-1106

Cutson, T, Michael JW, and Biongiorni, D (1994)
"Early Management of Elderly Dysvascular Amputees"
**Journal of Prosthetics & Orthotics**
6(3), pp 62-66

Buckner, H and Michael, JW (1994)
"Options for Finger Prostheses"
**Journal of Prosthetics & Orthotics**
6(1) pp 10-19

Michael, JW (1994)
"Prosthetic Knee Mechanisms"
**Physical Medicine & Rehabilitation: State of the Art Reviews**
8(1) pp 147-164

Michael, JW (1994)
"Orthotic Treatment of Neurologic Deficits" in
**Handbook of Neurorehabilitation**
Editors:  J Couch and D Good
Marcel Dekker, Inc., New York

Michael, JW (1993)
"Researching Published Information"
**Journal of Prosthetics & Orthotics**
5(4) pp 42-47

Michael, JW, Perry, CD, Whitfield, ML, Ferment, RP (1993)
"Simplified Alignment of Articulations to Positive Models"
**Journal of Prosthetics & Orthotics**
5(1) pp 31-33

Michael, JW (1992)
"Prosthetic Feet:  Options for the Older Client"
**Topics in Geriatric Rehabilitation**,
8(1) pp 30-39

15

Calvo, KR and Michael, JW (1992)
"Contemporary Limb Prosthetics" in
**Orthopedic Rehabilitation, Second Edition**
Editors:  Vernon Nickel, M.D. and Michael J. Botte, M.D.
Churchill Livingstone; New York

Novotny, MP & Michael, JW (1992)
**You Have a Choice:  Influencing Outcomes in Prosthetics & Orthotics**
American Academy of Orthotists and Prosthetists,
Alexandria, Virginia

Editors:  J. H. Bowker and J. W. Michael (1992)
**Atlas of Limb Prosthetics, Second Edition**
C. V. Mosby/American Academy of Orthopaedic Surgeons; St. Louis

   *Contributed Chapters to Atlas:

   *Fryer, CM and Michael, JW
   "Upper Limb Prosthetics:  Body Powered Components"

   *Michael, JW
   "Partial Hand Amputation:  Prosthetic and Orthotic Management"

   *Michael, JW
   "Knee Disarticulation Prostheses"

   *Van der Waarde, T and Michael, JW
   "Hip Disarticulation and Transpelvic Prostheses"

   *Nunley, JA and Michael, JW
   "Brachial Plexus Injuries:  Surgical Advances and
   Orthotic/Prosthetic Management"

   *Gruman, G and Michael, JW
   "The Translumbar Amputee:  Prosthetic Considerations"

Michael, JW (1992)
"Below-Knee Amputation:  A Prosthetic Perspective" in
**Report of ISPO Consensus Conference on Amputation Surgery**
Editors:  G. Murdoch, N.A. Jacobs, A.B. Wilson, Jr.
I.S.P.O., Copenhagen, DENMARK

Michael, JW; Harrelson, JW; Isbell, MA (1991)
"Orthotic Management of Diabetic Neuropathic Arthropathy"
**Journal of Prosthetics & Orthotics**
4(1), pp 45-55.

Michael, JW (1991)
"Limb Prosthetics" in
**Encyclopedia of Science & Technology**
McGraw-Hill, Inc.; NY

Michael, JW (1990)
"Overview of Prosthetic Feet" in
**Instructional Course Lectures, Volume 39**
Editor:  Walter B. Greene, M.D.
American Academy of Orthopedic Surgeons, pp 367-372.

Michael, JW (1990)
"Current Concepts in Above-Knee Socket Design" in
**Instructional Course Lectures, Volume 39**
Editor:  Walter B. Greene, M.D.
American Academy of Orthopedic Surgeons, pp 373-378.

Michael, JW; Gailey, RS; Bowker, JH (1990)
"New Developments in Recreational Prostheses and Adaptive
Devices for the Amputee"
**Clinical Orthopedics and Related Research**, (256), pp 64-75.

Michael, JW (1990)
"Pediatric Prosthetics and Orthotics"
**Physical and Occupational Therapy in Pediatrics**, 10(2), pp 123-146.
Republished as Chapter Six in:
**Rehabilitation Engineering**
Editor:  Glen Hedman
Haworth Press; New York (1990).

Rothchild, VR; Fox, JR; Michael, JW; et al (1990)
"Clinical Experience With Total Thermoplastic Lower Limb Prostheses"
**Journal of Prosthetics & Orthotics**
3(1), pp 51-54.

Michael, JW (1989)
"Reflections on CAD/CAM in Prosthetics & Orthotics"
**Journal of Prosthetics and Orthotics**, 1(3), pp 116-121.

17

Michael, JW (1989)
"New Developments in Prosthetic Feet for Sports & Recreation"
**Palaestra**
5(2), pp 21-22, 31-35.

Michael, JW (1988)
"Component Selection Criteria: Lower Limb Disarticulations"
**Clinical Prosthetics and Orthotics**
12(3), pp 99-108.

Michael, JW (1987)
"Energy Storing Feet: A Clinical Comparison"
**Clinical Prosthetics and Orthotics**
11(3), pp 154-168.

Michael, JW (1986).
"Prosthetic Feet for the Amputee Athlete"
**Palaestra**
2(3), pp 37-41.

Michael, JW (1986).
"Upper Limb Powered Components & Controls: Current Concepts"
**Clinical Prosthetics & Orthotics**
10(2), pp 66-77.

Michael, JW (1986)
"Artisan and Clinician: Today's Prosthetist-Orthotist"
**North Carolina Medical Journal**
47(11), pp 527-529.