Kurt C. Peterson (SBN 83941)
Kenneth N. Smersfelt (SBN 166764)
Karen A. Braje (SBN 193900)
Kerry E. Roberson (SBN 329167)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Tel: (213) 457-8000; Fax (213) 457-8080
kpeterson@reedsmith.com
ksmersfelt@reedsmith.com
kbraje@reedsmith.com
kroberson@reedsmith.com

Attorneys for Defendants
ANTHEM, INC. and ANTHEM UM SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY ATZIN; MARK ANDERSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM, INC.; ANTHEM UM SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-6816 ODW (PLAx)<br><br>**DECLARATION OF SCOTT HICKS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: September 13, 2017<br>Trial Date: No Pending Trial Date<br><br>Honorable Otis D. Wright, II |

1    I, Scott Hicks, hereby declare and state:

2    1.    I submit this declaration in support of Plaintiffs Lacy Atzin and Mark

3    Andersen's ("Plaintiffs") Motion for Preliminary Approval of Class Settlement.  I have

4    personal knowledge of the facts set forth in this declaration and will testify competently

5    to these facts if called as a witness.

6    2.    I am currently a Senior Legal Specialist in Blue Cross of California dba

7    Anthem Blue Cross's ("Anthem Blue Cross") legal department.  As part of my duties, I

8    am familiar with the processes used by Anthem, Inc. ("Anthem") and its

9    subsidiaries/affiliates to prepare and maintain business records for requests for

10   authorization and claims and appeals from the denial of requests for authorization or

11   claims related to medical treatment and services provided to members enrolled in plans

12   insured and/or administered by Anthem's subsidiaries.  These records are created and

13   maintained in the normal course of business, contemporaneously with the events

14   recorded.

15   3.    Upon information and belief, Plaintiffs' lawsuit is a class action involving:

16   (1) the allegedly improper denial of health plan benefits from September 13, 2013,

17   through August 29, 2019, for microprocessor-controlled knee prosthetics pursuant to

18   the Anthem's Microprocessor-Controlled Lower Limb Prosthetics Medical Policy (OR-

19   PR.00003)("OR-PR.00003") ("Knee Claims"); and (2) the allegedly improper denial of

20   health plan benefits from September 13, 2013, to May 20, 2021, for microprocessor-

21   controlled foot-ankle prosthetics pursuant to OR-PR.00003 ("Foot-Ankle Claims").

22   4.    To identify potential Knee Claims and Foot-Ankle Claims, Anthem first

23   identified the CPT Codes[1] used to identify requests and/or claims for microprocessor-

24   controlled lower limb prosthetics in connection with OR-PR.00003.  Then, Anthem

25   pulled a list of the denials for CPT Codes L5856 and L5973 from both the databases

26   that reflect requests for authorization and the claims databases.  Anthem also queried

27   the databases that reflect appeals.  Anthem combined these lists.  Anthem then removed

28

---

[1] "CPT Code" refers to the Current Procedural Terminology codes which are used to identify medical procedures.

from the composite list: (1) those claims where the denial decision was overturned on appeal; (2) duplicative claims; and (3) claims that were outside the relevant date scope.

5.    After completing this exercise, the list of Knee Claims includes 101 members and the list of Foot-Ankle Claims includes 84 members.  The final list of Knee Claims and Foot-Ankle Claims reflects Anthem's best effort to identify all potential class members based on the steps described above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on this 19th day of October in Woodland Hills, California.

Scott Hicks