ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

CONAL DOYLE, # 227554
STEPHEN BEKE, # 290972
DOYLE LAW
9401 Wilshire Blvd., Suite 608
Beverly Hills, CA 90212
Tel: (310) 385-0567; Fax (310) 943-1780
conal@conaldoylelaw.com
sbeke@conaldoylelaw.com

Attorneys for Plaintiffs
LACY ATZIN and MARK ANDERSEN,
on behalf of themselves and all others
similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY ATZIN; MARK ANDERSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM, INC.; ANTHEM UM SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-6816 ODW (PLAx)<br>Assigned to Hon.: OTIS D. WRIGHT, II<br><br>**NOTICE OF FILING FIRST AMENDMENT TO SETTLEMENT AGREEMENT IN RESPONSE TO ORDER CONDITIONALLY GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION; DECLARATION OF SCOTT HICKS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Lacy Atzin and Mark Andersen file this First Amendment to Settlement Agreement in support of their Motion for Preliminary Approval of the Class Action Settlement in Response to Order Conditionally Granting Motion for Preliminary Approval. (See Dkt. 105 at pp. 20-21 and Dkt. 107.) The First Amendment to the Settlement Agreement is attached hereto as Exhibit 1.

In response to the Order Conditionally Granting Motion for Preliminary Approval, Plaintiffs also file the declaration of Scott Hicks, a Senior Legal Specialist in Blue Cross of California dba Anthem Blue Cross's legal department, in regard to the identification of email addresses of class members.

DATED: May 9, 2022                                       GIANELLI & MORRIS

                                                                       By:   /s/ Joshua S. Davis
                                                                              ROBERT S. GIANELLI
                                                                              JOSHUA S. DAVIS
                                                                              ADRIAN J. BARRIO
                                                                              Attorneys for Plaintiffs

# [EXHIBIT 01]

# FIRST AMENDMENT TO SETTLEMENT AGREEMENT

This First Amendment to the Settlement Agreement and Release ("First Amendment to Agreement") IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs Lacy Atzin ("Atzin") and Mark Andersen ("Andersen"), on behalf of themselves and the Class (collectively "Plaintiffs" or "Class"), and Defendants Anthem, Inc. and Anthem UM Services, Inc. and their Affiliates[1] (collectively, "Anthem") (Plaintiffs and Anthem are hereinafter referred to as the "Parties"), by and through their respective counsel.

## RECITALS

WHEREAS, the Parties entered into a Settlement Agreement and Release ("Agreement") of the class-action lawsuit entitled *Lacy Atzin and Mark Anders v. Anthem, Inc. and Anthem UM Services, Inc.*, Case No. 2:17-CV-6816 ODW (PLAx) (the "Litigation") on or about October 20, 2021.

WHEREAS, the Agreement provided for the Class Notice to be provided via first class mail, using the last known address for each class member on file with Anthem.

WHEREAS, Plaintiff filed a motion for preliminary approval of the Agreement on October 20, 2021.

WHEREAS, on April 22, 2022, the Court entered an Order Conditionally Granting Motion for Preliminary Approval of Class Action Settlement.

WHEREAS, the Court directed the Parties to amend the Agreement to provide an additional layer of notice via email if Anthem has the emails addresses of the class members on

---

[1] For purposes of this Agreement, an Affiliate of Anthem, Inc. and/or Anthem UM Services, Inc. is any corporation or other legal entity owned or controlled, either directly or indirectly through parent or subsidiary corporations, by Anthem, Inc. and/or Anthem UM Services, Inc., or under common control with Anthem, Inc. and/or Anthem UM Services, Inc.  Affiliates shall also mean Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company, as well as any corporation or other legal entity owned or controlled, directly or indirectly, by WellPoint Health Networks, Inc. or any of its predecessors or successors-in-interest.

1

file.

WHEREAS, Anthem's records reflect email addresses associated with the membership files for 73 of the 185 class members. Anthem will include email addresses (where available) in the mailing data it provides to the Settlement Administrator.

WHEREAS, the Parties have agreed to amend the Agreement as follows:

## II.  FIRST AMENDMENT TO AGREEMENT.

A. Paragraphs 29 of the Agreement shall be replaced by this:

29. Anthem will provide to the Settlement Administrator a list of the last known addresses and email addresses (if available from Anthem's records) of each person in the Class available from its records not later than thirty (30) days after entry of the Preliminary Approval Order. No more than forty five (45) days after entry of the Preliminary Approval Order, the Settlement Administrator will mail and email the Notice.

B. Paragraph 30 of the Agreement shall be replaced by this:

30. The Settlement Administrator will send notice using the Court-approved Notice, sent by first-class mail and email (to the extent a class member's email address is available from Anthem's records).

C. Paragraph 46 of the Agreement shall be replaced by this:

46. The dates for the events contemplated by this Settlement Agreement are as

follows:

| Event | Event Date |
|---|---|
| Anthem provides the notice required under the Class Action Fairness Act pursuant to 28 U.S.C. § 1715. | Not more than 10 days after Plaintiff files a motion for preliminary approval |
| Anthem provides mailing data and email addresses (if available) for Class Members to the Settlement Administrator | 30 days from the date of the Preliminary Approval Order |
| Class Counsel files a motion for an award of attorneys' fees and costs and class representative incentive award | 66 days from the date of the Preliminary Approval Order |
| The Administrator mails and emails the Notice of Proposed Settlement | 45 days from the date of the Preliminary Approval Order |
| Deadline for postmarking of exclusions, objections | 80 days from the date of the Preliminary Approval Order |
| Deadline for postmarking and filing requests to be heard at the Final Approval Hearing | 90 days from the date of the Preliminary Approval Order |
| Class Counsel to file a motion for final approval | 35 days prior to the Final Approval Hearing |
| Final Approval Hearing | August 29, 2022 at 1:30 p.m. |

IN WITNESS WHEREOF the parties hereto have executed this First Amendment to the Agreement on the dates written below.

ACCEPTED AND AGREED:

**DEFENDANTS ANTHEM, INC. AND ANTHEM UM SERVICES, INC.**

Dated: 05/06/2022

By: *Janet Andrea*

Name: Janet Andrea
Its: Managing Senior Associate General Counsel

**PLAINTIFF LACY ATZIN**

Dated: _____

_____

**PLAINTIFF MARK ANDERSEN**

Dated: _____

_____

4

IN WITNESS WHEREOF the parties hereto have executed this First Amendment to the Agreement on the dates written below.

ACCEPTED AND AGREED:

**DEFENDANTS ANTHEM, INC. AND ANTHEM UM SERVICES, INC.**

Dated: _____

By: _____
  Name:
  Its:

**PLAINTIFF LACY ATZIN**

Dated: 05/04/2022

_[signature]_

**PLAINTIFF MARK ANDERSEN**

Dated: _____

IN WITNESS WHEREOF the parties hereto have executed this First Amendment to the Agreement on the dates written below.

ACCEPTED AND AGREED:

                              **DEFENDANTS ANTHEM, INC. AND ANTHEM UM SERVICES, INC.**

Dated: _____   By: _____
                                    Name:
                                    Its:

                              **PLAINTIFF LACY ATZIN**

Dated: _____   _____

                              **PLAINTIFF MARK ANDERSEN**

Dated: 5-4-2022   *[signature: Mark A____]*

Approved as to Form:

GIANELLI & MORRIS, A Law Corporation

Dated: 5-4-22

Robert S. Gianelli   Joshua S. Davis
Counsel for Plaintiff

DOYLE LAW

Dated: 5-4-22

Conal F. Doyle
Counsel for Plaintiffs

REED SMITH LLP

Dated: _____

_____
Kenneth N. Smersfelt
Counsel for Defendants
Anthem, Inc. and Anthem UM Services, Inc.

5

Approved as to Form:

                                            **GIANELLI & MORRIS, A Law Corporation**

Dated: _____        _____
                                            Robert S. Gianelli
                                            Counsel for Plaintiff

                                            **DOYLE LAW**

Dated: _____        _____
                                            Conal F. Doyle
                                            Counsel for Plaintiffs

                                            **REED SMITH LLP**

Dated: May 9, 2022        /s/ Kenneth N. Smersfelt
                                            Kenneth N. Smersfelt
                                            Counsel for Defendants
                                            Anthem, Inc. and Anthem UM Services, Inc.