JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| LACY AZTIN and MARK ANDERSEN, on behalf of themselves and all others similarly situated, | Case № 2:17-cv-06816-ODW (PLAx) |
| Plaintiffs, | **JUDGMENT OF DISMISSAL WITH PREJUDICE PURSUANT TO CLASS ACTION SETTLEMENT** |
| v. | |
| ANTHEM, INC. et al., | |
| Defendants. | |

The Court hereby **ORDERS**, **ADJUGES**, and **DECREES** as follows:

///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court **GRANTS** final approval pursuant to Federal Rule of Civil Procedure 23 of the settlement of the individual claims of Plaintiffs Lacy Atzin and Mark Andersen and the class claims of the Knee Subclass and the Foot/Ankle Subclass as against Defendants Anthem, Inc. and Anthem UM Service, Inc., and accordingly **DISMISSES** this entire action and all individual and class claims therein **on the merits and with prejudice**.  This order constitutes the **FINAL JUDGMENT** of the Court.  The Clerk of the Court shall enter Judgment and close the case.

**IT IS SO ORDERED.**

October 25, 2022

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**